IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

FILED
OCT 29 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

TAMARA A. FAIRCLOTH

Case No. 2:19mj575
Court Date: November 1, 2019

CRIMINAL INFORMATION
(Misdemeanor)-Violation Notice No. 9435627

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 27, 2019, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, TAMARA A. FAIRCLOTH, did unlawfully drive and operate a motor vehicle while under the influence of alcohol and with a blood alcohol concentration greater than .20 grams per 210 liters of breath, as indicated by a chemical test, to wit: did have a blood alcohol concentration of .21 grams per 210 liters of breath; **second offense within less than five (5) years**, the defendant having been convicted on February 14, 2017, in the General District Court for the City of Portsmouth, Virginia for an offense committed on September 7, 2016.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Sections 18.2-266 and 18.2-270.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
James T. Cole
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

    I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

James T. Cole
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

28 October 2019
Date